# THE UNITED STATES DISTRICT COURT

THE UNITED STATES
    PLAINTIFF
V.
MICHELE JOHNSON
    DEFENDANT

CASE No's: 22-MJ-1133-PRL
CASE NO: 09-CR-20264
CASE NO: 12-MJ-30184

## EMERGENCY MOTION FOR MEDICAL CARE

(1) I, MICHELE JOHNSON IS A DETAINEE, CURRENTLY HOUSED IN IN ORANGE COUNTY JAIL ORLANDO SINCE 9/23/22 TRANSFERED FROM MARION COUNTY JAIL FROM 9/7/22 TO 9/23/22; AND IS CHARGED WITH ESSENTIALLY WHAT IS A SUPERVISED RELEASE VIOLATION LABLED AS AN "ESCAPE" ON A #13+ YEAR OLD CASE.

(2) THIS IS THE SECOND ATTEMPT MADE IN REQUESTING THIS COURTS INTERVENTION TO ENCOURAGE MEDICAL CARE IN WHAT NOW IS THE 2ND COUNTY JAILS REFUSAL TO PROVIDE MEDICAL SERVICES. I AM SEEKING A COURT ORDER TO HAVE A CAT-SCAN OF MY LUNGS TO PRESERVE VITAL PRECIOUS TIME IN THE DIAGNOSIS OF THE CONDITION OF MY LUNGS. I'M IN MY 60'S OF AGE WHICH INCREASES THE DANGERS OF A LUNG DISEASE.

(3) ON 9/7/23, I WAS BOOKED IN MARION COUNTY JAIL BY THE U.S. MARSHALS AND WAS GIVEN A FULL TEK 84 COMPUTER BODY SCAN AND NOTICED SEVERAL LARGE BLACK SPOTS ON BOTH OF MY LUNGS. THE MEDICAL INTAKE STAFFER VERIFIED THE UNUSUAL SCAN BLACK SPOTS AND SAID A DOCTORS PLUS A CAT-SCAN WOULD BE ORDERED TO DETERMINE IF LUNG CANCER IS PRESENT.

THURS 9/8/22: IT WAS VERIFIED NO DOCTORS OR EXAM WAS ORDERED AS STATED THE PRIOR DAY. I THEN REQUESTED IN WRITING A CHEST + DOCTORS EXAM.

FRI 9/9/22: NO CT-SCAN OR DOCTORS EXAM.

(1)

LUNGS. BECAUSE I BLOOD CLOT EASILY THE JOHNSON & JOHNSON COVID-19 VACCINE WAS NOT RECOMMENDED FOR ME TO TAKE. THE "MODERNA" COVID-19 VACCINE 1st DOSE TAKEN 2 mos before MY ARREST WAS UNSUCCESSFUL AND RESULTED IN A SERIOUS ILLNESS SO THE 2nd DOSE WAS POSTPONED. AFTER MY ARREST I COULD NOT GET THE "MODERNA" VACCINE IN ANY OF THE JAILS I WAS DETAINED IN, ONLY THE JOHNSON & JOHNSON VACCINE WAS AVAILABLE. AS A RESULT I AM NOT VACCINATED AGAINST THE COVID-19 DISEASE. SO CLOSED DOOR CROWDED TRAVEL IS NOT SAFE WITH HAVING BLACK SPOTS ON MY LUNGS AND NOT BEING VACCINATED FOR COVID-19.

WHEREFORE: I, MICHELE JOHNSON IS REQUESTING THIS HONORABLE COURT TO: (1) ORDER A CHEST/LUNG CAT-SCAN TO PREVENT ANY FURTHER DELAYS #23 DAYS HAVE PASSED ALREADY. (2) FOR SAID "ORDER" TO BE DIAGNOSISED by A LICENSED MEDICAL DOCTOR (3) BECAUSE OF THE INABILITY TO TO BE "MODERNA" COVID-19 VACCINATED IN THE PAST YEAR AND THE SERIOUSNESS OF A LUNG CONDITION DURING A COVID PANDEMIC, THERE BEING #2 potentially DISEASES (COVID) AND (CANCER), ATTACKING THE SAME ORGAN (THE LUNGS); TO ORDER POSTPONMENT OF TRAVELS UNTIL A CAT-SCAN IS MEDICALLY EVALUATED.

Respectfully Submitted,
_Michele Johnson_     9/28/22
MICHELE JOHNSON     DATE

I, MICHELE JOHNSON IN SUPPORT OF MY IN FORMA PAUPERIS REQUEST THAT I AM UNABLE TO PAY THE COST OR GIVE SECURITY OF AND AM ENTITLED TO REDRESS
_Michele Johnson_     9/28/22
MICHELE JOHNSON     DATE

I, MICHELE JOHNSON CERTIFY A TRUE COPY WAS MAILED by U.S. JAIL MAIL TO U.S. PROSECUTORS OFFICE AT 207 N.W. 2nd ST. OCALA, FL 34475 ON 9/28/22.
_Michele Johnson_     9/28/22

(3)