MICHELE JOHNSON
USMS # 43477-039
2009 Detroit Michigan
CASE # 09-30218
Orange County Jail
Orlando # 22022474

THE UNITED STATES MARSHALLS SERVICE,

    I, MICHELE JOHNSON IS A DETAINEE, CHARGED WITH WHAT ESSENTIALLY IS A SUPERVISED RELEASE VIOLATION LABELED AS AN "ESCAPE" ON A #13+ YEAR OLD DETROIT MICHIGAN CASE AND CURRENTLY HOUSED IN ORLANDO ORANGE COUNTY JAIL BROUGHT HERE BY THE ORLANDO U.S. MARSHALLS ON FRI 9/23/22 FROM THE OCALA COUNTY JAIL WHERE I WAS HOUSED FROM 9/7/22 TO 9/23/22 BY THE OCALA U.S. MARSHALLS ON 9/7/22. I HAVE NOT BEEN EXAMINED BY A ACTUAL DOCTOR SINCE JANUARY 2022; I CONSTANTLY HAVE SHORTNESS OF BREATH, FATIGUE, SORE THROAT & MY CHEST HURTS. I ALSO HAVE A SEVERE BLOOD DISEASE AND NEED "INFUSIONS" TO MY BLOOD TO INCREASE MY HEMOGLOBIN LEVELS - LAST JANUARY 2022 WAS MY LAST INFUSION AND I'VE NEEDED ADDITIONAL INFUSIONS FOR MONTHS BUT HAVE NOT GOTTEN MORE INFUSIONS. I'VE BEEN GIVEN THE WRONG COMBINATIONS ON MEDICATIONS FOR MONTHS WHICH HAS DAMAGED MY IMMUNE SYSTEM.

    ON 9/7/22 AT BOOKING IN THE OCALA COUNTY JAIL, I WAS GIVEN A FULL BODY SCAN FROM THE TEK84 COMPUTER SCAN MACHINE. I WAS VERY LUCKY TO SEE THE COMPUTER MONITOR AND SAW SEVERAL LARGE BLACK SPOTS ON MY LUNGS. THE MEDICAL INTAKE STAFFER VERIFIED THE UNUSUAL BLACK SPOTS AND ORDERED A DOCTORS EXAM & A CAT-SCAN OF MY CHEST/LUNGS.

THURS 9/8/22) IT WAS CONFIRMED THAT NO DOCTOR'S OR CAT-SCAN WAS ORDERED FOR ME AS STATED YESTERDAY. I THEN IN WRITING ASKED FOR A DOCTOR'S EXAM.
FRI. 9/9/22) - NO EXAM - NO CAT-SCAN -
SAT 9/10/22) I TALKED TO ANOTHER MEDICAL STAFFER, EXPLAINED THE BLACK SPOTS ON MY LUNGS - GAVE HER A WRITTEN REQUEST TO SEE A DOCTOR.
SUN 9/11/22
MON 9/12/22 } - NO EXAM - NO CAT-SCAN -
TUES 9/13/22
WED 9/14/22) HAVING SHORTNESS OF BREATH & MY CHEST HURTS AT 8:00AM - WROTE ANOTHER REQUEST TO SEE A DOCTOR

(1)

THURS 9/15/22) - NO EXAM - NO CAT-SCAN -
FRI 9/16/22) I FILED A JAIL GRIEVANCE TO THE WARDON FOR LACK OF MEDICAL CARE & THE URGENCY TO DIAGNOSE
SAT 9/17/22
SUN 9/18/22  ) - NO EXAM - NO CAT-SCAN -
MON 9/19/22
TUES 9/20/22) #13 DAYS AFTER DISCOVERY OF BLACK SPOTS ON MY LUNGS - I'M STILL HAVING TROUBLE BREATHING - I SUBMIT ANOTHER DOCTOR'S EXAM REQUEST
WED 9/21/22
THURS 9/22/22 ) - NO EXAM - NO CAT-SCAN -
FRI 9/23/22) ORLANDO U.S. MARSHALLS TRANFER ME TO ORLANDO COUNTY JAIL - NO DOCTOR'S EXAM OR CAT-SCAN GIVEN - THE ORLANDO COUNTY JAILS INTAKE BOOKING SCAN COMPUTER MACHINE SHOWS THE SAME BLACK SPOTS ON MY LUNGS - I REQUEST A DOCTORS EXAM NOW WITH ORLANDO JAIL
SAT 9/24/22  ) STILL WAITING FOR A DOCTORS EXAM
SUN 9/25/22 ) AND A DIAGNOSIS OF THE BLACK LUNG SPOTS

I'M STILL HAVE TROUBLE BREATHING, MY CHEST STILL HURTS AND I'M ALWAYS VERY TIRED & WEAK. BECAUSE CANCER GROWS VERY FAST, IT IS A LIFE THREATENING DISEASE. EARLY DETECTION IS EXTREMELY VITAL IN FIGHTING THIS DISEASE AND THE SURVIVAL CURE. IT'S MEDICAL MALPRACTIC TO DELAY THE DIAIGNOSIS OF A POTENTIALY FATAL DISEASE. I'VE HAD POOR MEDICAL MALPRACTIC HEALTH CARE GIVEN ALL YEAR FROM DIFFERENT JAILS SENCE MY SEPT 2021 ARREST.

THERE ARE #2 DISEASES (COVID-19) AND (CANCER) POTENTIALLY ATTACKING THE SAME ORGAN (THE LUNGS) I'M IN MY LATE 60's OF AGE AND NEED TO BE MORE CAREFULL OF COVID-19 THAN OTHERS.

(2)

My deep concerns are I will be transferred from location to location - jail to jail enroute back to Michigan with the U.S. Marshalls without a CAT-scan or doctors diagnosis of the black spots on my lungs and the condition of my lungs.

My 2nd concern is traveling on a crowded, closed-door, lack of social distencing airplane or bus enroute back to Michigan because of Covid-19 disease. Because I blood clot very easily the Johnson & Johnson Covid-19 vaccine was not safe for me to take and the hospital doctor refused to give it to me. I was given the "Moderna" Covid-19 vaccines 1st dose 2mo before my arrest and got very sick, so the 2nd dose was postponed as a result. I am not vaccinated against the Covid-19 deadly disease for my age group late 60's years of age. So until I can get successfully vaccinated, travel is not safe.

The Federal Courts have been asked to help protect my health but the U.S. Marshalls Service invested with many powers, can act faster than the courts and because I am in Federal Custody and this is the 2nd location I've been tranfered to that has failed to provide medical care I am asking the U.S. Marshalls to: (1) Transfer me to a medical facility immediately for a CAT-scan & a licensed medical doctor exam & diagnosis. (2) Postpone transfering me on a Covid-19 at risk crowded travels such as a airplane or crowded bus until the Moderna Covid-19 vaccine is given along with infusions to my blood to strengthen my immune system before traveling.

Respectfully Submitted
Michele Johnson
MICHELE JOHNSON

(3)

MICHELE JOHNSON
#22 022474 : BOOKING NO.
P.O. BOX 4970
ORLANDO, FL. 32802-4970

ATTN:
THE UNITED STATES
MARSHALLS SERVICE

THE FEDERAL COURTHOUSE OF
THE U.S. OF AMERICA
ORLANDO, FLORIDA-DISTRICT COURTS
FEDERAL COURTS DIVISON
#401 W CENTRAL ~~STREET~~ BOULEVARD
ORLANDO, FLORIDA 32801

LEGAL MAIL
32801-060000

THIS DOCUMENT ORIGINATED FROM
A CORRECTIONAL FACILITY



THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019