IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                                                         5:22-mj-1133-PRL

MICHELE JOHNSON,
    Defendant.
_____/

## ORDER

The defendant, who was awaiting transfer to the charging district, filed two motions requesting medical care from the Orange County Jail, where she was temporarily housed. (Docs. 9, 10) The Court received these requests, which would have needed to be filed as a separate civil rights action to the extent she was complaining about her medical care, after she was already transported from the Orange County Jail. Accordingly, as she is no longer housed in the Middle District of Florida, and is no longer at the Orange County Jail, these motions are due to be denied as moot.

**IT IS SO ORDERED** in Ocala, Florida, on October 6, 2022.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties